FORM VAN–AD21a
REVISED 06/01/2014

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re:                                          Case No.: 2:17–bk–10972–EPB

   LAURA LYNN IBARRA                  Chapter: 7
*Debtor(s)*

---

   VICKIE BANKS                        Adversary No.: 2:17–ap–00718–EPB
*Plaintiff(s)*

*v.*

   LAURA LYNN IBARRA
*Defendant(s)*

## ORDER TO PAY FILING FEE

   The above–captioned adversary proceeding has been commenced by the plaintiff filing a complaint or a party filing a Notice of Removal without the payment of the $350.00 filing fee in full as required by 28 U.S.C. §1930.

   IT IS ORDERED that the plaintiff filing the complaint or party filing the Notice of Removal pay the required $350.00 filing fee within 14 days of the date of this order. If the bankruptcy trustee commenced this proceeding, the trustee shall pay the filing fee as ordered above or file a statement that there are insufficient funds in the bankruptcy estate to pay the filing fee. Failure to pay the filing fee, or file the statement shall result in dismissal of this adversary proceeding or remand of the removed proceeding without further notice.

**Date:** October 31, 2017                      BY THE COURT

**Address of the Bankruptcy Clerk's Office:**   HONORABLE Eddward P. Ballinger Jr.
U.S. Bankruptcy Court, Arizona                  United States Bankruptcy Judge
230 North First Avenue, Suite 101
Phoenix, AZ 85003–1727
Telephone number:  (602) 682–4000
www.azb.uscourts.gov

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

## NOTICE TO CUSTOMERS REGARDING PAYMENT
## OF FILING FEES

The Court accepts cashier's checks or money orders payable to Clerk, U.S. Bankruptcy Court. Payments must be made in person or by mail at the Phoenix or Tucson Clerk's Office locations. Personal checks <u>cannot</u> be accepted for payment of filing fees.

## NOTICE TO CUSTOMERS PRESENTING CHECKS FOR PAYMENT
## OTHER THAN FOR FILING FEES
### (In Person or By Mail)

When you provide a check as payment, you authorize us either to use information from your check to make a one–time electronic fund transfer from your account or to process the payment as a check transaction. For inquiries, please call 602–682–4215.

When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day you make your payment, and you will not receive your check back from your financial institution. Upon notification of clearance, the check will be destroyed.

## NOTICE TO CUSTOMERS – PRIVACY ACT

A Privacy Act Statement required by 5 U.S.C. § 552a(e)(3) stating our authority for soliciting and collecting the information from your check, and explaining the purposes and routine uses which will be made of your check information, is available at: https://www.pccotc.gov/pccotc/index.htm, or call toll free at 1–866–945–7920 to obtain a copy by mail. Furnishing the check information is voluntary, but a decision not to do so may require you to make payment by some other method.