FORM VAN–AD029
REVISED 12/27/2017

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re:  Case No.: 2:17–bk–10972–EPB

    LAURA LYNN IBARRA  Chapter: 7

*Debtor(s)*

---

    VICKIE BANKS  Adversary No.: 2:17–ap–00718–EPB

*Plaintiff(s)*

*v.*

    LAURA LYNN IBARRA

*Defendant(s)*

# NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that:

A hearing in the above–entitled cause will be held at the U.S. Bankruptcy Court, 230 N. First Avenue, 7th Floor, Courtroom 703, Phoenix, AZ before the Honorable Eddward P. Ballinger Jr. on 2/22/18 at 10:00 AM, to consider and act upon the following matters:

RULE 16 SCHEDULING CONFERENCE

Pursuant to Local Bankruptcy Rule 9013(1)(c), if this hearing is on a motion, the party responding to the motion shall have 14 days after service within which to serve and file a responsive memorandum, and the moving party shall have 14 days after service of the responsive memorandum to serve and file a reply.

**Date: January 18, 2018**

**Address of the Bankruptcy Clerk's Office:**  Clerk of the Bankruptcy Court:
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101  **George Prentice**
Phoenix, AZ 85003–1727
Telephone number: (602) 682–4000
www.azb.uscourts.gov